# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 18, 2020

161625-6

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MARC SLIS and 906 VAPOR,
          Plaintiffs-Appellees,

v

STATE OF MICHIGAN and DEPARTMENT OF
HEALTH AND HUMAN SERVICES,
          Defendants-Appellants.

SC: 161625
COA: 351211
Ct of Claims: 19-000152-MZ

_____/

A CLEAN CIGARETTE CORPORATION,
          Plaintiff-Appellee,

v

GOVERNOR, STATE OF MICHIGAN, and
DEPARTMENT OF HEALTH AND HUMAN
SERVICES,
          Defendants-Appellants.

SC: 161626
COA: 351212
Ct of Claims: 19-000154-MZ

_____/

On order of the Court, the application for leave to appeal the May 21, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2020



Clerk

a0918